UNITED STATES of America,
Plaintiff–Appellee,

v.

Bobby Darren GRANTHAM,
Defendant–Appellant,

and

Marietta Jones Grantham, Defendant.

No. 00–2283.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 12, 2001.

Bobby Darren Grantham, pro se. Sharon Coull Wilson, Office of the United States Attorney, Raleigh, NC, for appellee.

Before WIDENER, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Bobby Darren Grantham appeals the district court's order granting summary judgment for the Government and ordering Defendants to vacate property in Greenville, North Carolina. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Grantham*, No. CA–00–62–4–H–3 (E.D.N.C. Oct. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*